AO 91 (Rev. 11/11) Criminal Complaint

EC

# UNITED STATES DISTRICT COURT
### for the
Southern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 2:26-mj-120 |
| Joshua Thomas Haynes | ) | |
| 2140 Sunflower Drive, | ) | |
| New Concord, Ohio 43762 | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___February 2026___ in the county of ___Muskingum___ in the ___Southern___ District of ___Ohio___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2252, 2252A | Receipt and/or Possession of Child Pornography |

This criminal complaint is based on these facts:

See attached affidavit incorporated herein by reference

☑ Continued on the attached sheet.

_____
*Complainant's signature*

FBI SA Andrew D. McCabe
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___February 25, 2026___

_____
Kimberly A. Jolson
United States Magistrate Judge

City and state: ___Columbus, Ohio___

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **IN THE MATTER OF:** | ) | |
| | ) | |
| **United States of America,** | ) | **CASE NO:** 2:26-mj-120 |
| v. | ) | |
| | ) | |
| **Joshua Thomas Haynes** | ) | **MAGISTRATE JUDGE:** |
| **2140 Sunflower Drive,** | ) | |
| **New Concord, Ohio 43762** | ) | |

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Andrew D. McCabe, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, hereby depose and state:

### INTRODUCTION

1. I, Special Agent Andrew McCabe (your affiant), make this affidavit in support of a criminal complaint to arrest Joshua T. **HAYNES** for violations of 18 U.S.C. §§ 2252 and 2252A - receipt and/or possession of child pornography. The statements contained in this affidavit are based in part on information and analysis provided by law enforcement agents; written reports about this and other investigations that I have received, and your affiant's personal knowledge and finding during the investigation. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant your affiant did not include each and every fact known concerning this investigation. Your affiant did not withhold any information or evidence that would negate probable cause. Your affiant set forth only the facts that are believed to be necessary to establish probable cause that **HAYNES** committed the violations listed above.

2. Your affiant has been an FBI Special Agent since September 2010, and I have been assigned to the Cincinnati Division since January 2020. During my tenure as an FBI Special Agent, I have investigated numerous crimes including, but not limited to, bank robbery, drug trafficking, racketeering, kidnapping, violent extremism, and crimes against children. As a Special Agent I have participated in various investigations involving computer-related offenses and have executed search warrants, including those involving searches and seizures of computers, digital media, software, and electronically stored information. As a SA, I am authorized to investigate violations of the laws of the United States under the authority of the United States.

### FACTS SUPPORTING PROBABLE CAUSE

3. On or about February 19, 2026, a United States Probation Officer (herein after PO) conducted an initial home inspection of **HAYNES'** residence located at 2140 Sunflower Drive, New

Concord, Ohio 43762. **HAYNES** had been convicted of Possession of Child Pornography in the Southern District of Ohio, Eastern Division, under case number 2:21-cr-114, in violation of 18 U.S.C. 2252(a)(4)(B). He was sentenced to 80 months imprisonment by Chief Judge Sarah D. Morrison on February 10, 2022. **HAYNES** was released from the BOP on February 13, 2026.

4.    At the time of the inspection, **HAYNES** was serving a term of supervised release and, according to his judgment of conviction, had been ordered to complete a term of 10 years on supervised release. During his inspection, the PO examined **HAYNES'** Samsung Galaxy S25 Cellular telephone. During the examination, the PO observed internet searches indicating **HAYNES** was using the device to access the MEGA[1] cloud storage service (hereinafter MEGA). Based on training and experience, the PO knew MEGA to be used by individuals with a sexual interest in children to view, store, and share images of child pornography. The PO then seized **HAYNES'** phone. **HAYNES** then gave the PO consent to search the device.

5.    The PO transported the phone to the Cincinnati FBI, Cambridge Resident Agency, located in Cambridge, Ohio and requested assistance to forensically examine the phone. Your affiant used FBI approved forensic software to obtain a forensic extraction of the device.

6.    On February 23, 2026, your affiant conducted an initial review of the forensic extraction of **HAYNES** cellular phone. During that review, your affiant observed five images of child pornography. Those images are described as follows:

    a.    Image One depicted two nude prepubescent minors lying on top of each other on a bed;

    b.    Image Two depicted a nude prepubescent female standing on the bed with her pubic region exposed;

    c.    Image Three depicted a prepubescent female kneeling in front of an adult who appeared to be masturbating his nude penis;

    d.    Image Four depicted a nude adult male kneeling behind what appeared to be a nude prepubescent minor of indeterminant gender. The adult male appears to be inserting his nude penis into the anus or vagina of the minor.

    e.    Image Five depicted an adult female wearing only a red bra kneeling in front of a prepubescent male wearing a blue shirt. Both the minor male and the adult female both appeared to be naked below the waist.

7.    At that point in time, your affiant contacted the PO to notify him of what had been identified in the initial preview of the device. A further complete extraction of the device is forthcoming.

---

[1] MEGA is a cloud storage service based in Auckland, New Zealand that provides subscribes encrypted storage allowing users to upload, share and manage files securely.

8. On February 23, 2026, your affiant conducted a search of the Ohio Sex Offender Registry for **HAYNES**. During the search, your affiant identified **HAYNES**, with a date of birth of September 1986, with a registered address of 2140 Sunflower Drive, New Concord, Ohio, 437625.

## **CONCLUSION**

9. Based upon the above information, your affiant submits there is probable cause to believe Joshua T. **HAYNES** has committed violations of 18 United States Code §§ 2252 and 2252A – the receipt and/or possession of child pornography. Therefore, your affiant respectfully requests this court to issue a criminal complaint and arrest warrant.


Andrew McCabe
Special Agent
Federal Bureau of Investigation


Sworn to and subscribed to be this ____25th____ day of February, 2026


Kimberly A. Jolson
United States Magistrate Judge